IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS and )
PIPEFITTERS NATIONAL PENSION )
FUND, *et al.*, )
            )
           Plaintiffs, )
            )
v. )      Civil Action No.: 08cv859
            )
WILLIAM DOUGLAS GEBERT, )
            )
           Defendant. )

## **ORDER**

Before the Court is a Report and Recommendation of the Magistrate Judge dated June 1,

2009, recommending entry of a default judgment against Defendant William Douglas Gebert

(Dkt. No. 16). Defendant has not filed any objections to the Report and Recommendation. The

Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the

findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that judgment is entered for Plaintiff National Pension Fund against

Defendant William Douglas Gebert in the amount of $7,833.39 with interest accruing from April

10, 2009 at the rate of 12% per annum. It is further

ORDERED that judgment is entered for Plaintiff International Training Fund against

Defendant William Douglas Gebert in the amount of $189.32, with interest accruing from April

10, 2009 at the rate of 12% per annum. It is further

ORDERED that Plaintiffs are awarded attorney's fees of $1,920.00 and costs of $731.29,

with interest    accruing from April 10, 2009 at the rate of 12% per annum.  It is further

ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

/s/

Liam O'Grady
United States District Judge

June 23, 2009.
Alexandria, Virginia

2