IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS and )
PIPEFITTERS NATIONAL PENSION )
FUND, et al., )
                                          )
        Plaintiffs,         )
                                          )
v.                                        )        Civil Action No.: 08cv859
                                          )
WILLIAM DOUGLAS GEBERT, et al., )
                                          )
        Defendant.       )

## **AMENDED ORDER**

On June 23, 2009, the Court adopted the Report and Recommendation of the Magistrate Judge dated June 1, 2009, recommending entry of a default judgment against Defendant William Douglas Gebert, Defendant William Douglas Gebert d/b/a G4 Plumbing, and Defendant G4 Plumbing (Dkt. No. 16). That order is hereby amended to read as follows:

It is hereby

ORDERED that judgment is entered for Plaintiff National Pension Fund against Defendant William Douglas Gebert, Defendant William Douglas Gebert d/b/a G4 Plumbing, and Defendant G4 Plumbing, jointly and severally, in the amount of $7,833.39 with interest accruing from April 10, 2009 at the rate of 12% per annum. It is further

ORDERED that judgment is entered for Plaintiff International Training Fund against Defendant William Douglas Gebert, Defendant William Douglas Gebert d/b/a G4 Plumbing, and Defendant G4 Plumbing, jointly and severally, in the amount of $189.32, with interest accruing from April 10, 2009 at the rate of 12% per annum. It is further

ORDERED that Plaintiffs are awarded attorney's fees of $1,920.00 and costs of $731.29, with interest accruing from April 10, 2009 at the rate of 12% per annum. It is further

ORDERED that the Clerk of Court is directed to enter judgment against Defendants.

This case is closed.

July 1, 2009.
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge